James P. Flynn, Esquire
Daniel Levy, Esquire
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
(973) 642-1900 (phone)
(973) 642-0099 (fax)
*Counsel for Novartis Pharmaceuticals Corporation*

Russell Beck, Esquire
Stephen D. Riden, Esquire
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8660 (phone)
(617) 500-8665 (fax)
*Of Counsel for Novartis Pharmaceuticals Corporation (Pro Hac Vice Pending)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALISHA ALAIMO, <br><br> Defendant. | Civil Action No.: _____ |

**DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Plaintiff Novartis Pharmaceuticals Corporation ("Novartis"), herby discloses and certifies as follows: Novartis is incorporated in Delaware and is an indirect, wholly owned subsidiary of Novartis AG.  Novartis AG ordinary shares trade on the SIX Swiss Exchange under the symbol NOVN and its American Depository Shares trade on the New York Stock Exchange under the ticker symbol NVS.

Firm:43885770v1

                                      Respectfully submitted,

                                      /s/ James P. Flynn
                                      James P. Flynn, Esquire
                                      EPSTEIN BECKER & GREEN, P.C.
                                      One Gateway Center
                                      Newark, NJ 07102
                                      (973) 642-1900 (phone)
                                      (973) 642-0099 (fax)

                                      *Counsel for Fidelity Brokerage Services LLC*

                                      *Of Counsel*:

                                      Russell Beck (*pro hac vice* to be filed)
                                      Stephen Riden (*pro hac vice* to be filed)
                                      BECK REED RIDEN LLP
                                      155 Federal Street, Suite 1302
                                      Boston, Massachusetts 02110
                                      Tel (617) 500-8660
                                      Fax (617) 500-8665

Dated: August 7, 2017