James P. Flynn, Esquire
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
(973) 642-1900 (phone)
(973) 642-0099 (fax)
*Counsel for Novartis Pharmaceuticals Corporation*

Russell Beck, Esquire
Stephen D. Riden, Esquire
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8660 (phone)
(617) 500-8665 (fax)
*Of Counsel for Novartis Pharmaceuticals Corporation (Pro Hac Vice Pending)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ALISHA ALAIMO, <br><br> Defendant. | Civil Action No.: _____ |

### DECLARATION OF THOMAS LOSCO

I, Thomas Losco, affirm as follows:

1. My name is Thomas Losco. I am over the age of 18. All statements of fact made herein are based on my personal knowledge, or, where indicated, based on my investigation, in which case I believe them to be true.

2. I make this declaration on behalf of Novartis Pharmaceuticals Corporation

("Novartis") in support of its emergency motion for order to show cause with temporary restraints.

3. I am an independent contractor who has been retained by ICS, LLC to provide IT-related services to Novartis.

4. I am in possession of Alisha Alaimo's Novartis-issued iPad (Serial No. # DLXR4ME2GMW5) and iPhone (Serial No. # C6KSJ2G1HG71).

5. Both the iPad and iPhone have been factory reset, wiping them clean of all information. Therefore, I cannot recover any information from these devices.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 3 day of August 2017 at EAST HANOVER, New Jersey.

*Thomas Losco*
Thomas Losco

2