James P. Flynn, Esquire
Daniel Levy, Esquire
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
(973) 642-1900 (phone)
(973) 642-0099 (fax)
*Counsel for Novartis Pharmaceuticals Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALISHA ALAIMO,<br><br>Defendant. | Civil Action No.: 2:17-cv-5774-ES-MAH<br><br>**NOTICE OF APPEARANCE** |

This shall serve as notice that Daniel R. Levy, Esq., of Epstein Becker & Green, P.C., One Gateway Center, 13th Floor, Newark, New Jersey 07102, shall participate in the above action as counsel for plaintiff Novartis Pharmaceuticals Corporation.  Please direct all correspondence and notices accordingly.

EPSTEIN BECKER & GREEN, P.C.
Attorneys for Plaintiff
Novartis Pharmaceuticals Corporation

DATED:  August 7, 2017

*s/ Daniel R. Levy*
Daniel R. Levy
Epstein Becker & Green, P.C.
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5003
Telephone:  (973) 642-1900
Facsimile:  (973) 642-0099
Email:  Dlevy@ebglaw.com

Firm:43894281v1