# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
# *NEWARK*

### Minutes of Proceedings

Judge: **Esther Salas**                             AUGUST 7, 2017
                                                   Date of Proceedings

Court Reporter: Lynne Johnson

Deputy Clerk: Philip Selecky


**Title of Case:**                      Docket # **CV. 17-5774 (ES)**

Novartis Pharmaceuticals Corp. v. Alaimo

**Appearances:**
James Flynn, Esq, Russell Beck, Esq, Lauren Corbett, Esq, & Daniel Levy, Esq, for the pltf.
Sean Mack, Esq, for the deft.

**Nature of Proceedings:** Hearing on the pltfs, application for TRO.
Status Conference conducted in chambers off the record.
Hearing continued on the pltfs, application for a TRO.
Ordered application granted.
Telephone Conference is scheduled for 8-8-17 at 4:00 p.m., to set a briefing schedule and oral argument.


Time Commenced: 3:20 p.m.
Time Adjourned: 5:50 p.m.
Total Time: 1.30


                                        Philip Selecky, Deputy Clerk