# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

### Minutes of Proceedings

Judge: **Esther Salas**                AUGUST 9, 2017
                                       Date of Proceedings

Court Reporter: Lynne Johnson

Deputy Clerk: Philip Selecky


**Title of Case:**              Docket # **CV. 17-5774 (ES)**

Novartis Pharmaceuticals Corp. v. Alaimo

**Appearances:**
Russell Beck, Esq, Lauren Corbett, Esq, & Daniel Levy, Esq, for
the pltf.
Sean Mack, Esq, for the deft.

**Nature of Proceedings:** STATUS CONFERENCE (Telephone).
Opinion read into the record.
Ordered pltfs, application for a TRO granted.
Magistrate Judge Hammer can conduct a settlement conference on
9-6-17 at any time or 9-8-17 in the afternoon.
Hearing on proposed TRO Order.
Counsel to submit a proposed TRO Order.



Time Commenced: 1:30 p.m.
Time Adjourned: 2:15 p.m.
Total Time: 45 Minutes


                              Philip Selecky, Deputy Clerk