Sean Mack Esq.
**PASHMAN STEIN WALDER HAYDEN**
A Professional Corporation
Court Plaza South
21 Main Street - Suite 200
Hackensack, New Jersey 07601
(201) 488-8200
*Counsel for Defendant Alisha Alaimo*



CLOSED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ALISHA ALAIMO,<br><br>Defendant. | Civil Action No.: 2:17-cv-5774 (ES)<br><br>**ORDER ON CONSENT DISSOLVING RESTRAINTS AND INJUNCTIVE RELIEF, RELEASING SECURITY, AND DISMISSING CASE WITH PREJUDICE** |

**WHEREAS,** on June 2, 2017, Defendant Alisha Alaimo ("Ms. Alaimo") voluntarily resigned from her employment with Plaintiff Novartis Pharmaceuticals Corporation ("Novartis");

**WHEREAS,** on August 7, 2017, Novartis commenced this lawsuit against Ms. Alaimo;

**WHEREAS,** on August 10, 2017, the Court entered a Temporary Restraining Order (the "TRO");

**WHEREAS,** the parties have resolved their disputes at issue in this matter, and jointly request that the Court enter this Order;

**WHEREFORE,** it is on this ___19___ day of September, 2017, HEREBY ORDERED AS FOLLOWS:

1. As of midnight on October 1, 2017, all of the restraints and injunctive relief contained in the TRO shall be dissolved and of no further force or effect;

1

2. On October 2, 2017, this matter shall be dismissed with prejudice and without fees or costs, and all parties waive all rights of appeal and bear their own respective fees and costs; and

3. As soon as practicable after October 2, 2017, the Clerk of the Court is directed to release and refund to Novartis the security that Novartis posted in the amount of $70,000 as required by the TRO.

James P. Flynn, Esquire
Daniel R. Levy, Esquire
EPSTEIN BECKER & GREEN, P.C.
One Gateway Center
Newark, NJ 07102
(973) 642-1900 (phone)
(973) 642-0099 (fax)
*Counsel for Plaintiff Novartis Pharmaceuticals Corporation*

Sean Mack Esq.
PASHMAN STEIN WALDER HAYDEN
A Professional Corporation
Court Plaza South
21 Main Street - Suite 200
Hackensack, New Jersey 07601
(201) 488-8200
*Counsel for Defendant Alisha Alaimo*

Russell Beck, Esquire
Stephen D. Riden, Esquire
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
(617) 500-8660 (phone)
(617) 500-8665 (fax)
*Of Counsel for Plaintiff Novartis Pharmaceuticals Corporation (Pro Hac Vice Pending)*

**SO ORDERED:**

HON. ESTHER SALAS, U.S.D.J.

2